**United States District Court**
**For the Northern District of California**

E-Filed on: 9/18/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., as Broadcast Licensee of the July 5, 2008 UFC #86 Program,<br><br>Plaintiff,<br><br>v.<br><br>KIM THUY HO, Individually, and as officer, director, shareholder and/or principal of JADELOR CORPORATION d/b/a THOA CAFE, and JADELOR CORPORATION d/b/a THOA CAFE,<br><br>Defendants. | No. C-09-01435 RMW<br><br>JUDGMENT |

On September 18, 2009 this court granted default judgment in favor of plaintiff Joe Hand Promotions, Inc. and against defendants Kim Thuy Ho and Jadelor Corporation d/b/a Thoa Cafe in the amount of $7,361.25.

IT IS HEREBY ORDERED THAT judgment be entered in favor of plaintiff and against defendants and that defendants shall pay to plaintiff $7,361.25.

DATED:   9/18/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
C-09-1435 RMW
TER

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

**Yasha Bronshteyn**
Email: yashagbllp@yahoo.com

**Julie Cohen Lonstein**
Email: Info@SignalLaw.com

**Defendants:**

(no appearance)

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    9/18/09                                             TER
                                                      **Chambers of Judge Whyte**

JUDGMENT
C-09-1435  RMW
TER                                     2